No. 448, Misc. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Robert James Smith pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 449, Misc. WILLIAMS *v.* JONES, WARDEN. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se. John B. Breckinridge,* Attorney General of Kentucky, and *Ray Corns,* Assistant Attorney General, for respondent.

No. 460, Misc. HAMLIN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 499, Misc. KELLEY *v.* RIVERS ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Tyler* and *Harold H. Greene* for respondents.

No. 511, Misc. SICKLER *v.* MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 513, Misc. MARKS *v.* NEW YORK. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *George K. Bernstein* and *Frederick E. Weeks, Jr.,* Assistant Attorneys General, for respondent.

No. 520, Misc. GREEN *v.* PEGELOW, REFORMATORY SUPERINTENDENT, ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Tyler, Harold H. Greene* and *Isabel L. Blair* for respondents.